IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE / CHARLOTTE DIVISION
CIVIL ACTION NO. 5:11-CV-143-RLV-DCK

| | |
|---|---|
| PATSY MEADOWS and ROY MEADOWS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOSTON SCIENTIFIC CORPORATION, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) concerning Mark Randall Mueller, filed November 4, 2011. Mr. Mueller seeks to appear as counsel *pro hac vice* for Plaintiffs Patsy and Roy Meadows.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Mueller is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiffs Patsy and Roy Meadows.

Signed: November 7, 2011

David C. Keesler
United States Magistrate Judge