# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-143-RLV-DCK

| | |
|---|---|
| PATSY MEADOWS and ROY MEADOWS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Boston Scientific Corporation's Unopposed Motion To Stay All Proceedings" (Document No. 10) filed January 9, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Boston Scientific Corporation's Unopposed Motion To Stay All Proceedings" (Document No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a status report, jointly if possible, on or before **March 1, 2012**.

Signed: January 10, 2012

David C. Keesler
United States Magistrate Judge